| | | | | |
|---|---|---|---|---|
| Lee v. WCAB (City of Phila) . . . . . | 1562CD16 | 05/24/2017 | Workers' Compensation Appeal Board A15–1282 | Affirmed |
| Dept. of Transportation v. Vance | 1621CD16 | 05/24/2017 | Chester County No. 2016–06988 | Vacated and Remanded |
| Chiado v. UCBR . . . . . . . . . . . . . . | 1786CD16 | 05/24/2017 | Unemployment Compensation Board of Review B–592772 | Affirmed |
| Saurman v. UBCR . . . . . . . . . . . . | 2025CD16 | 05/24/2017 | Unemployment Compensation Board of Review B–592966 | Affirmed |
| Petition of Beluschak, In re . . . . . | 275CD17, 310CD17 | 05/24/2017 | Allegheny County GD–16–23932 | Affirmed |
| Keener v. DOT . . . . . . . . . . . . . . . | 1003CD16, 1004CD16 | 05/25/2017 | Lebanon County 2015–01469 | Affirmed |
| Spagna v. UCBR . . . . . . . . . . . . . . | 1200CD16 | 05/25/2017 | Unemployment Compensation Board of Review B–590296 | Affirmed |
| Pascoe v. PA American Water Co. . . . . . . . . . . . . . . . . . . . . . . | 544CD16 | 05/26/2017 | Luzerne County 9277–2010 | Affirmed |
| Wharton v. WCAB (DOC) . . . . . . . | 643CD16 | 05/26/2017 | Workers' Compensation Appeal Board A15–1229 | Reversed and Remanded |
| Adams v. Commonwealth . . . . . . . | 1076CD16 | 05/26/2017 | Centre County 2015–5121 | Quashed |
| Condemnation by Sunoco Pipleine (Blume), In re . . . . . . . . . | 1306CD16 | 05/26/2017 | Cumberland County 2015–05516 | Affirmed |
| ManorCare Health Services–Pgh v. DHS . . . . . . . . . . . . . . . . . . . . | 1557CD16 | 05/26/2017 | Bureau of Hearings and Appeals, Department of Human Services 02J1205–001 | Affirmed |
| Martin v. Giroux . . . . . . . . . . . . . . | 1934CD16 | 05/26/2017 | Erie County No. 13495–2015 | Affirmed |
| Eldridge v. PBPP . . . . . . . . . . . . . | 2554CD15 | 05/30/2017 | Board of Probation & Parole Parole No. 621BQ | Affirmed |
| Twp. of Lower Yoder v. Boro of Westmont . . . . . . . . . . . . . . . . . . | 932CD16 | 05/31/2017 | Cambria County No. 2015–2157 | Affirmed |
| Commonwealth v. $17, 690.00 (Starks) . . . . . . . . . . . . . . . . . . . . | 1408CD16 | 05/31/2017 | Delaware County CP–23–MD–283–16 | Vacated and Remanded |